**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 98-cr-00226-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOSE MARTINEZ-SANCHEZ,

       Defendant.

---

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE**

---

       THIS MATTER is before the Court on the report of the probation officer regarding the Petition on Supervised Release filed on April 3, 2008, and the Court now being advised that the defendant is compliant with all conditions of his supervised release, the probation officer requests that the Petition be dismissed. Assistant United States Attorney Michele Korver has been consulted about this matter and she concurs. Accordingly, it is

       ORDERED that the Petition on Supervised Release be dismissed.

       DATED at Denver, Colorado, this <u>12th</u> day of August, 2008.

       BY THE COURT:

       s/ Wiley Y. Daniel
       WILEY Y. DANIEL
       U.S. District Judge