UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 98-cr-00226-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE MARTINEZ-SANCHEZ,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on a supervised release violation hearing, it is hereby

    ORDERED that defendant shall be placed back on supervised release and the alleged supervised release violations will remain pending. It is further

    ORDERED that the supervised release violation hearing is **CONTINUED** to **Friday, November 13, 2009, at 10:00 a.m. in courtroom A-1002**

    Dated this <u>31st</u> day of March, 2009.

                                     BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL
                                       CHIEF U. S. DISTRICT JUDGE